**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

1:08-CV-298
DOC. 22
3/25/10

Sent To  THOMAS SHEPPARD 515-316
Street, Apt. No.; or PO Box No.  LECI, P.O. BOX 56
City, State, ZIP+4  LEBANON, OH 45036

PS Form 3800, June 2002            See Reverse for Instructions

7002 3150 0000 8388 1925