UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THOMAS SHEPPARD, : NO. 1:08-cv-00298
:
    Petitioner, :
:
       v. : **ORDER**
:
WARDEN, LEBANON CORRECTIONAL :
INSTITUTION, :
:
    Respondent. :
:

    This matter is before the Court on the November 20, 2014 Report and Recommendation of Magistrate Judge Michael R. Merz (doc. 34), to which there has been no objection. Having reviewed this matter pursuant to 28 U.S.C. §636(b)(1), we find no clear error[1] within it and, indeed, conclude that said Report and Recommendation is a thorough, well-reasoned and correct evaluation of the record. Accordingly, the Court **ACCEPTS** and **ADOPTS** the November 20, 2014 Report and Recommendation (doc. 34) in its entirety. Petitioner's pro se Motion for Relief from Judgment (doc. 32) is hereby **TRANSFERRED** to the United States

---

[1] See Advisory Committee Notes to Fed. R. Civ. P. 72; Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Court of Appeals for the Sixth Circuit for consideration under 28 U.S.C. § 2244(b).

    SO ORDERED.

```
Dated:   December 9, 2014   s/S. Arthur Spiegel_____
                            S. Arthur Spiegel
                            United States Senior District Judge
```